IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 3:05CR167-002-HTW-AGN

DEBBIE GRAHAM

ORDER

The above case has been set for TRIAL during the trial calendar term scheduled to begin at 9:00 a.m. on January 9, 2006 at the James O. Eastland Courthouse, First Floor, Courtroom No. 3, Jackson, Mississippi, U.S. District Judge Henry T. Wingate, presiding.

All dispositive motions must be filed no later than December 29, 2005. The same, a copy of each motion and the original and one copy of the memorandum of authorities must be mailed to the Court at 245 E. Capitol Street, Suite 109, James O. Eastland Courthouse, Jackson, Mississippi, 39201, and a copy of the motion and memorandum of authorities must be mailed to/served on government counsel, who will within ten (10) days of receipt submit to the Court an original and one copy of memorandum of authorities to reply and a copy to opposing counsel.

Dispositive motions will be decided on the memoranda of authorities unless the Court decides otherwise on its own motion or upon written request by counsel, in which event the evidentiary hearing or oral argument will be held on December 29, 2005.

All non-dispositive motions must be filed no later than December 15, 2005, and should be noticed for hearing before the United States Magistrate Judge for a date to be obtained from the Magistrate's Courtroom Deputy. It is the absolute responsibility of each attorney filing non-dispositive motions to consult with the Magistrate's Courtroom Deputy and opposing counsel to obtain a mutually acceptable hearing date.

Proposed 1) JURY INSTRUCTIONS, 2) EXHIBIT LIST and 3) WITNESS LIST must be submitted to the Court at 245 E. Capitol Street, Suite 109, Jackson, Mississippi 39201, and copies to opposing counsel by January 5, 2006 at the latest:

1)   INSTRUCTIONS - The Court is to be furnished with two copies and opposing counsel with one copy. These Instructions must be numbered, separated, bear the style and number of the case and list authorities in support thereof at the bottom of each instruction.

15

2) <u>EXHIBIT LIST</u> - The Court is to be furnished with original and three copies, and opposing counsel with one copy. The exhibit list must reflect the style and number of case, exhibit number and description. Leave Sponsor and ID or Evidence columns blank. Double space between exhibits. See attached exhibit list.

3) <u>WITNESS LIST</u> - The Court is to be furnished Original and three copies of witness list, and opposing counsel with one copy.

ORDERED this the 21st day of November, 2005.

/s/ *illegible signature*
UNITED STATES MAGISTRATE JUDGE

I acknowledge receipt of this Order:

_____        _____
(Defendant)                          (Defense Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:05cr167-002-HTW-AGN

DEBBIE GRAHAM

## EXHIBITS

| NUMBER | DESCRIPTION | SPONSOR | I.D. | EVID. |
|---|---|---|---|---|
| G-1 | (Give a brief description of the exhibit) | (leave blank---------) | | |
| D-1 | | | | |