**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                              **CRIMINAL NO. 3:05cv167WS**

**DEBBIE GRAHAM**

## ORDER

Before the court is the motion of the defendant Debbie Graham requesting continuance of the above styled and numbered cause, and this court, having been advised in the premises for this motion, finds said motion not well taken and the same is hereby denied.

**SO ORDERED** this the 5TH day of September, **2006**.

        **s/ HENRY T. WINGATE**
        _____
        **CHIEF UNITED STATES DISTRICT JUDGE**